IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| WILLIAM KEEFE, BRADLEY J. SCHMITZ, MALIA LAPORTA, P.S., M.S., MICHAEL O'GRADY, I.O., A.O., and M.O., | |
| Plaintiffs, | |
| v. | |
| SCOTT WALKER, BRAD SCHIMEL, MARQUETTE COUNTY CHILD SUPPORT IV-D AGENCY, PAM UNGER, BERNARD N. BULT, JOSEPH R. KONRATH, CHAD HENDEE, MARQUETTE COUNTY SHERIFF DEPARTMENTS, JOANNE KLOPPENBURG, JOSEPH RUF III, ALAN J. WHITE, SUSAN K. RAIMER, COLUMBIA COUNTY CHILD SUPPORT IV-D AGENCY, MARATHON COUNTY CHILD SUPPORT IV-D AGENCY, SCOTT CORBETT, TAMMY LEVIT-JONES, and TIMOTHY C. HENNEY, | ORDER<br><br>17-cv-177-jdp |
| Defendants. | |

---

| | |
|---|---|
| DAVID THOM, CRYSTEL THOM, WILLIAM CADWALLADER, ROBERT L. WENTWORTH, RAYMOND BOYLE, and MICHAEL O'GRADY, | |
| Plaintiffs, | |
| v. | |
| DANIEL GARRIGAN, CHARLES POCHES, MATTHEW FOSTER, PETER HIBNER, ROBIN KVALO, BRAD MEIXNER, SUSAN CONNER, SHAWN MURPHY, KENNETH MANTHEY, JASON STENBERG, ROBERT BAGNELL, KEITH KLAFKE, BENJAMIN NEUMANN, KEVIN TODRYK, PETER WARNING, PETER BARTACZEWICZ, ANTHONY BRAUNER, MICHAEL SCHULZ, DAWN WILCOX, MARIE MOE, SCOTT KLICKO, BRIAN NOLL, ROGER BRANDNER, JOSEPH RUF, JORDAN HAUETER, LEDA WAGNER, DOUGLAS JARZYNSKI, DAVID CLARK, | ORDER<br><br>18-cv-368-jdp |

MICHAEL HAVERLEY, MARK SMIT,
ALEXANDER AGNEW, BENJAMIN OETZMAN,
TERRI PULVERMACHER, MAX JENANASCHET,
CORY MILLER, GREGORY BISCH,
THOMAS M. DRURY, CHARLES MILLER,
KATHRYN E. MILLER, and ROBERT BECKER,

Defendants.

---

Michael O'Grady is a plaintiff in both of these multi-plaintiff cases. But he is the subject of a filing bar entered by the Court of Appeals for the Seventh Circuit. The court of appeals has sanctioned him as follows:

> Any future suits or appeals tendered in any court of this circuit without prepayment of all applicable fees will be rejected. Moreover, until O'Grady has paid the filing fees already accumulated in his campaign of litigation, the clerks of every court in this circuit will decline to accept additional papers tendered in any suit that may be pending.

See *O'Grady v. Habeck*, No. 11-3881 (7th Cir. Apr. 24, 2012).

I entered orders in both cases giving O'Grady a chance to explain whether he had paid off the filing fees he owed. O'Grady has responded, showing that he has diligently gone about resolving the problem. He has now paid off the fees he owed in this court, and asking what his next step is. Paying off his fees in this court is a good first step, but he has more to do. He must pay off his fees in the United States District Court for the Eastern District of Wisconsin and then write to the court of appeals, explaining that he has paid his fees and asking to have his sanction withdrawn. I will give him a short time to accomplish this, or the cases will have to proceed without him.

ORDER

IT IS ORDERED that plaintiff Michael O'Grady may have until August 13, 2018, to respond to this order, explaining whether his sanction has been lifted by the court of appeals.

Entered July 25, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge