IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM KEEFE, BRADLEY J. SCHMITZ, MALIA LAPORTA, P.S., M.S., MICHAEL O'GRADY, I.O., A.O., AND M.O.,

    Plaintiffs,

v.

SCOTT WALKER, BRAD SCHIMEL, MARQUETTE COUNTY CHILD SUPPORT IV-D AGENCY, PAM UNGER, BERNARD N. BULT, JOSEPH R. KONRATH, CHAD HENDEE, MARQUETTE COUNTY SHERIFF DEPARTMENTS, JOANNE KLOPPENBURG, JOSEPH RUF III, ALAN J. WHITE, SUSAN K. RAIMER, COLUMBIA COUNTY CHILD SUPPORT IV-D AGENCY, MARATHON COUNTY CHILD SUPPORT IV-D AGENCY, SCOTT CORBETT, TAMMY LEVIT-JONES AND TIMOTHY C. HENNEY,

    Defendants.

Case No. 17-cv-177-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 3/13/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |